UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 04984
  MICHAEL WERDERITCH

                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
  SSN XXX-XX-0401

--------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
    The case was filed on 03/03/2008 and was confirmed 04/24/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was converted to chapter 7 after confirmation 10/14/2008.
--------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE | UNSECURED | 1224.47 | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | 31182.55 | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | 3310.45 | .00 | .00 |
| BANK OF AMERICA | NOTICE ONLY | NOT FILED | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL CREDIT UNION OF | NOTICE ONLY | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT | UNSECURED | 17807.48 | .00 | .00 |
| ECAST SETTLEMENT | UNSECURED | 16993.68 | .00 | .00 |
| ECAST SETTLEMENT | UNSECURED | 8343.60 | .00 | .00 |
| DISCOVER FINANCIAL SERVI | NOTICE ONLY | NOT FILED | .00 | .00 |
| FIRST USA BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| FIRST USA BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| FLAGSTAR BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| GMAC | NOTICE ONLY | NOT FILED | .00 | .00 |
| JC PENNEY | NOTICE ONLY | NOT FILED | .00 | .00 |
| GEMB | NOTICE ONLY | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING LLC | UNSECURED | 8872.97 | .00 | .00 |
| US BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| WELLS FARGO | NOTICE ONLY | NOT FILED | .00 | .00 |
| WELLS FARGO | NOTICE ONLY | NOT FILED | .00 | .00 |
| NICOR GAS | NOTICE ONLY | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | 5843.02 | .00 | 115.00 |
| EVERHOME MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| EVERHOME MORTGAGE | NOTICE ONLY | NOT FILED | .00 | .00 |
| EMPIRE CARPET | SECURED | .00 | 10.84- | 81.28- |
| EMPIRE CARPET | UNSECURED | NOT FILED | .00 | .00 |
| GEMB/ EMPIRE | NOTICE ONLY | NOT FILED | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED NOT I | 7559.05 | .00 | .00 |
| CITI AUTO | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL AUTO | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITIBANK NA | NOTICE ONLY | NOT FILED | .00 | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 08 B 04984 MICHAEL WERDERITCH

```
INTERNAL  REVENUE  SERVICE  PRIORITY        48062.40              .00         7230.49
INTERNAL  REVENUE  SERVICE  NOTICE ONLY  NOT FILED              .00              .00
US ATTORNEYS OFFICE         NOTICE ONLY  NOT FILED              .00              .00
LVNV FUNDING LLC            UNSECURED      10635.53              .00              .00
INTERNAL REVENUE SERVICE    UNSECURED        675.34              .00              .00
ZALUTSKY & PINSKI LTD       DEBTOR ATTY    2,726.00                          2,726.00
TOM VAUGHN                  TRUSTEE                                            867.77
DEBTOR REFUND               REFUND                                            100.13
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

|                      | RECEIPTS   | DISBURSEMENTS |
| -------------------- | ---------- | ------------- |
--------------------------------------------------------------------------------
| TRUSTEE              | 10,947.27  |               |
|                      |            |               |
| PRIORITY             |            | 7,230.49      |
| SECURED              |            | 81.28-        |
|     INTEREST         |            | 10.84-        |
| UNSECURED            |            | 115.00        |
| ADMINISTRATIVE       |            | 2,726.00      |
| TRUSTEE COMPENSATION |            | 867.77        |
| DEBTOR REFUND        |            | 100.13        |
|                      | ---------------  | --------------- |
| TOTALS               | 10,947.27  | 10,947.27     |

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


      Dated: 01/27/09            /s/ Tom Vaughn
                                 _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE